IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD J. DOCKERY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv128 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| BOB HOUSTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 61, the post-judgment Motion to Stop Acts of Obstruction filed by the plaintiff, Donald J. Dockery. Judgment has been entered in this case, and no further action will be taken on the plaintiff's motion. Filing no. 61 is denied.

    SO ORDERED.

    Dated this 23rd day of March, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Court